IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

William L.A. Church, (Bill Church), plaintiff, et.al.
THE Ku Klux KLAN, KKK, And subsidiaries, et.al. Plaintiff's

v.

THE USA. DIRECTORS, FBI, FBI CoinTelPro; SECRETARIES
US T; VETERANS Administration - AFFAIRS, et.al. Defendants

Civil Action No. 1:24-cv-13
Before The Presiding Judge And
Chief Judge of this Court

FILED
JAN 18 2024
Clerk, U.S. District Court
Eastern District of Tennessee
At Chattanooga

Plaintiff's motion to pay the IFP filing fee
in 30% Installments deduction from his Prison
Account $110.00 military Disability Compensation

With Form
Attached hereto.

Pl. moves the Court for Pro SE, IFP (In Forma Pauperis) status. IFP form Attached hereto.
1. Pl. receives $110.00 per month military Disability when def. sends it which is part of this Action.
$405.00 to pay the IFP fee in 30% deduction payments deducted from pl. $110.00 mo. military
Disability checks, payments. Some months pl. don't receives some money from def!. which is part of his
Action in back pay, Among other problems of defendants. Pl. to pay $20.00 pastial filing fee in Advance -

2. Pl. moves the Court to Order IFP service of process upon def by Allowing the Pro Se clerk of court to
copy the enclosed Complaint mailing it to def by Certified Mail. Assessing the mail cost to pl. IFP
Account And deduct 30% from pl. $110.00 mo. Disability checks payments.

3. Due to def. the KLAN pl. is defunct!. Def. destroyed pl. church and pl. KLAN files, records, evidence and
Accounts which is part of this Action.

4. Pl. moves the court for the Appointment of counsel And to service of process def. Pl. is 85% Disabled. Brain
Brain damage. Wounds. Extensive Nerve damage! Penis severed/cut off, Burnt & reattached which is a part
of his Action. Escrow, investment Accounts! property. which is part of his Action.

Wherefore, pl. moves for IFP status deducting 30% of his military disability until the IFP Account
is paid off in full. Form Attached.

_W. L.A. Church_ Date: 1-5-24
William L.A. Church # 1012080
VA DOC Centralized Mail Distribution Ctr.
3521 Woods Way
State Farm, VA 23160

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

William L. A. Church (Bill Church);
The Ku Klux Klan And subsidiaries, et al. Plaintiffs

v.

The USA. Directors, FBI, FBI CoIntelPro; CIA;
Secretaries, UST, Veterans Administration-Affairs
Defendants

NO. _____
(To be assigned by the Clerk's Office.
Do not write in this blank.)

## APPLICATION TO PROCEED IN FORMA PAUPERIS
## WITH SUPPORTING DOCUMENTATION

I, William L.A. Church, The Ku Klux Klan, declare that I am the:

[✓] plaintiff/petitioner

[ ] defendant/respondent

[ ] Other: _____

in the above-reverenced proceeding. In support of my request to proceed without being required to prepay fees or give security therefor, I state that because of my poverty, I am unable to pay the fees for this action or give security therefor. I believe that I am entitled to the relief sought in my complaint/petition/answer/response. The nature of my action, defense, or other proceeding or the issues I intend to present are briefly stated as follows: Complaint, Civil Action enclosed. Def FBI, FBI CoIntelPro, CIA, CI's committed crimes And Race crimes in Chatt. TN blaming them on me And the Klan! Gay Bar Attacks, Assaults. Attempted to Hang this us de ul! I, Pl. had nothing to do with this! I worked for Gov And military Intelligence! Was Assessed to U.S. Sen. Frank Church, Wash. DC. I told on def! As A Whistle-Blower def Retaliated, And still Retaliate Against me! I committed No Crimes! I wasn't even there! Def infiltrated Gov + military divisions. Stole And destroyed All my Clandestine, Classified files, Records, evidence And Accounts! which is part of this action. Got me And A part of the Klan sued in this court! 1982-1985! which was tried in this court! I filed complaints to this court To Remove the Judgement from me And my organization which is still pending! Grievances still not Answered! which is part of this Action! Def covered up And Conspired Against Pl. Causing Great harm And damage! Pl. still suffers from this! Crimes in Europe And Asia Assessed to me I still suffer from. Def. Libeled, slandered, defamed me And my organization!

In further support of this application, I answer the following questions:

Page 1 of 10

Case 1:24-cv-00013-KAC-CHS   Document 1   Filed 01/18/24   Page 2 of 11   PageID #: 2

# PERSONAL INFORMATION, EMPLOYMENT AND INCOME DATA

NAME (First   Middle   Last) — William L.A. Church

YEAR OF BIRTH — 1956

SOCIAL SECURITY NUMBER (last 4 digits only): 5536 (7231)

PHONE NOS.: ∅

HOME ADDRESS: Buckingham Correctional Center, Dillwyn, VA

OWN OR RENT? In prison. Incarcerated

HOW LONG AT CURRENT ADDRESS? 1 month. I arrived here at BKCC Dec. 2023 from ACC.

MARITAL STATUS: Never married. Single.

NAME AND ADDRESS OF CURRENT EMPLOYER: None.

TELEPHONE NUMBER OF EMPLOYER: ∅

HOW LONG AT CURRENT EMPLOYMENT? ∅

OCCUPATION (Describe what you do): ∅

IF EMPLOYED, STATE BOTH THE GROSS AND NET AMOUNTS OF YOUR SALARY AND WAGES PER MONTH.

GROSS: ∅       NET: ∅

IF NOT CURRENTLY EMPLOYED, GIVE MONTH AND YEAR OF LAST EMPLOYMENT: December 2023 in prison at ACC. Augusta CC, Craigsville, VA

HOW MUCH DID YOU EARN PER MONTH AT YOUR LAST EMPLOYMENT? $32.00 month

HAVE YOU RECEIVED ANY MONEY FROM ANY OF THE FOLLOWING SOURCES WITHIN THE PAST TWELVE MONTHS?

Business, professional or other form of self-employment?   [ ] Yes   [x] No

If YES, state the source and amount:

---

Rent payments, interest, or dividends?   [ ] Yes   [x] No

If YES, state the source and amount:

---

Pensions, annuities, or life insurance payments?   [x] Yes   [ ] No

If YES, state the source and amount: $10.00 military disability. Def. TAKE $55.00 month saying I owe them $1,950.00 which I don't in overpayments which is part of this Action. $1,000 me is Afftender deduct me $53.00 from me which is part of this Action.

Gifts or inheritance?   [ ] Yes   [x] No

If YES, state the source and amount:

---

Any other source?   [ ] Yes   [x] No

If YES, state the source and amount: I have no family left. They died out Alone in Chatt. TN. And Chickamauga GA. I have no one left to hold or assist me. Friends, classmates turned on me due to def, As I can tel/AAG, CIA informants which is part of this Action.

## ASSETS:
LIST ANY OF THE FOLLOWING ASSETS THAT YOU OWN AND THE TOTAL VALUE

CASH $
_Active on my prison account for spend_  1488

CHECKING ACCOUNTS TOTAL BALANCE (List Banks Below) $ 0
**(Do NOT include account numbers)**

_____

_____

SAVINGS ACCOUNTS–TOTAL BALANCE (List Banks Below) $ 0
**(Do NOT include account numbers)**

Escrow & Investment, Paypal Accounts at def. ust which

def sabotaged which is part of this Action.

STOCKS AND BONDS $ 0

REAL ESTATE–CURRENT FAIR MARKET VALUE
(List Locations Below)

Note: this was in my Escrow, Investment Accounts  $ 0
at def. ust which def sabotaged!  $ 0

_____  $ 0

**TOTAL REAL ESTATE** $

VALUE OF PERSONAL PROPERTY, EXCLUDING VEHICLES (Itemize)

| | |
|---|---|
| _____ | $ 0 |
| _____ | $ 0 |
| _____ | $ 0 |
| **TOTAL PERSONAL PROPERTY** | $ 0 |

MOTOR VEHICLES

| Year/Make | License No. | Current Value |
|---|---|---|
| _____ | _____ | $ 0 |
| _____ | _____ | $ 0 |
| _____ | _____ | $ 0 |
| | **TOTAL VALUE OF MOTOR VEHICLES** | $ 0 |

DEBTS OWED TO YOU (Give Name of Debtor)

$ 12,000,000,000.00 Def sabotaged in Los Angeles, CA.    $ 12,000,000,000.00

San Francisco, CA. which they fail to Act on! Which is    $ 0

part of this Action which will be evidenced in pl.    $ 0

Affidavits, Exhibits, Evidence! I don't know now much    $ 12,000,000,000.00 plus

in Chatt. Tnl. elsewhere!    **TOTAL DEBTS OWED TO YOU**    $ 0 Escrow, Investment Accounts.

OTHER ASSETS (ITEMIZE)

Pl. Escrow And Investments At u of def    $ Don't know.

sabotaged in retaliation Against me! which    $ _____

is at Caption in pl. Complaint enclosed! which is    $ _____

A part of this Action!
           **TOTAL OTHER ASSETS**    $ don't know-

**TOTAL OFF ALL ASSETS:** $ Unlimited! Escrow, Investment Accounts at Def ust. Payroll included which is part of this Action. $ 12,000,000,000.00 def sabotaged which is part of this Action! Pl. Can Fix but def discredit him keeping him from doing so!

Page 5 of 10

# LIABILITIES
## (DO NOT INCLUDE ACCOUNT NUMBERS)

NOTES (LOANS) PAYABLE TO BANKS (List bank name and amount of loan only)

| | |
|---|---|
| _____ | $ 0 |
| _____ | $ 0 |
| _____ | $ 0 |

**TOTAL LOANS PAYABLE TO BANKS**  $ 0

| | |
|---|---|
| NOTES (LOANS PAYABLE TO OTHERS) | $ 0 |
| MORTGAGES PAYABLE ON REAL ESTATE | $ 0 |
| CREDIT CARDS AND ACCOUNTS PAYABLE TO CREDITORS | $ 0 |
| MEDICAL BILLS | $ 0 |
| TAXES AND ASSESSMENTS PAYABLE | $ 0 |

OTHER LIABILITIES (Itemize)

| | |
|---|---|
| Prison Commissary. I purchase from | $ 0 |
| my prison job I don't have anymore! | $ 0 |
| from my $110.00 mo. Gov. military Disability. | $ ? |

**TOTAL LIABILITIES**  $ Commissary cost. Expenses- I do not know total value.

## LIVING EXPENSES

|  | Monthly Payment | Balance Owing |
|---|---|---|
| [ ] RENT or [ ]MORTGAGE PAYMENT (check one) | $ 0 | $ |
| ELECTRICITY | $ 0 | $ |
| WATER | $ 0 | $ |
| GAS | $ 0 | $ |
| TELEPHONE | $ 0 | $ |
| FOOD | $ 0 | $ |
| ALIMONY | $ 0 | $ |
| CHILD SUPPORT | $ 0 | $ |
| CHILD CARE | $ 0 | $ |
| SCHOOL EXPENSES | $ 0 | $ |
| AUTOMOBILE NOTE | $ 0 | $ |
| AUTOMOBILE INSURANCE | $ 0 | $ |
| AUTOMOBILE REPAIRS | $ 0 | $ |
| GASOLINE | $ 0 | $ |
| FURNITURE NOTE | $ 0 | $ |
| CLOTHING | $ 0 | $ |
| CABLE TELEVISION | $ 0 | $ |
| LIFE INSURANCE | $ 0 | $ |
| HOSPITALIZATION INSURANCE | $ 0 | $ |
| DOCTORS | $ 0 | $ |
| DRUGS | $ 0 | $ |
| CREDIT CARDS | $ 0 | $ |
| OTHER CHARGE ACCOUNTS OR CREDITORS | $ 0 | $ |
| TAXES | $ 0 | $ |

ANY OTHER EXPENSES (LIST)

Prison Commissary. I don't know.  $ ?  $ ?

30.00 week. $24.00 wk. $40.00 wk. I  $ ___  $ ___

purchase from my $110.00 mo gov.  $ ___  $ ___

military disability.  $ ___  $ ___

**TOTAL EXPENSES**     $ ___

## SPOUSES' PERSONAL INFORMATION; EMPLOYMENT AND INCOME DATA

NAME (First    Middle    Last)                              YEAR OF BIRTH

_No Spouse. Single_

SOCIAL SECURITY NUMBER (last 4 digits only)                 PHONE NOS.

HOME ADDRESS (if different from yours):

OWN OR RENT?                    HOW LONG AT CURRENT ADDRESS?

NAME AND ADDRESS OF CURRENT EMPLOYER:

TELEPHONE NUMBER OF EMPLOYER:

HOW LONG AT CURRENT EMPLOYMENT?

OCCUPATION (Describe what your spouse does):

SPOUSE'S CURRENT MONTHLY INCOME:

| | |
|---|---|
| Salary or Wages | $ 0   Single. Never Married. |
| Commissions | $ 0 |
| All other sources (Pensions; Soc.Sec.; Rent; Interest; Dividends; Alimony, etc.) | $ 0 |
| **TOTAL:** | $ 0 |

## NAME OF DEPENDENTS AND INCOME (If any)
### (For Minor Children, only provide first initials)

Names: ∅     Age:     Relationship:     Living With Whom?

My children Are Now Grown. My youngest son is 41 yrs old Approximately. Due to def. I dont even know where None At!

TOTAL MONTHLY INCOME OF DEPENDENTS INCLUDING CHILD SUPPORT PAYMENTS (exclude spouse) $ ∅

**TOTAL MONTHLY INCOME OF APPLICANT, SPOUSE, AND DEPENDENTS** $ ∅

Page 9 of 10

# AFFIDAVIT

I hereby certify that the above statement is true and that it is a complete statement of all my income and assets, real and personal, whether held in my name or by any other, under penalty of perjury.

_____1-5-24_____      _____/s/ L.A. Church_____
       DATE                                                                SIGNATURE

MOTION: I move the court for In forma pauperis, IFP status and ask for permission to pay the filing fee, service of process Certified mail by this courts pro se clerk, with summons and seal upon def assessing the cost to pl. IFP Account and deduct 30% from pl. $10.00 mo. Gov. military disability, for the Interest of Justice.

I have no family or friend left or alive to do this for me! This is the only way that I can get def served. I'm in prison. The law library supervisor or staff personnel will not do it for me. If this court will not allow this, there is no other way that I can get def served. I ask for this in good faith.

Respectfully moved for,

/s/ L.A. Church, pl.

: pl moves the court to allow him, in good faith to pay 1st 70.00 partial filing fee in advance in good faith. 30% monthly until the cost is paid in full

: The court to determine which def are served. Some def passed away and died outs. pl. sued them while in office

Respectfully

Created: January 31, 2007
IPF Application.wpd